# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| KENNETH R. LAMB, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | MC419-003 |
| CSX TRANSPORTATION, INC., | ) ) ) | |
| Defendant. | ) | |

## ORDER

George W. Hodge's motion to quash plaintiff's subpoena because it seeks private and proprietary documents irrelevant to the underlying lawsuit, *see Lamb v. CSX Transportation, Inc.*, CV317-1378 (M.D. Fla.), which is unopposed, is **GRANTED**. See S.D. Ga. L. R. 7.5 ("Failure to respond within the applicable time period shall indicate that there is no opposition to a motion.").

**SO ORDERED,** this  13th  day of May, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA